Universal Vending Service Company, appellee, v. Onofrio Serritella, also known as Oniferro Serritella, appellant. Gen. No. 28,607.
Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.
Per Curiam.

John W. O'Connor, appellee, v. City of Chicago et al., appellants. Gen. No. 28,610.
Petition for mandamus. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts, following opinion in Firnhaber v. City of Chicago, p. 611, ante. Opinion filed November 27, 1923.
Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.
Per Curiam.

John Gondek, appellee, v. City of Chicago et al., appellants. Gen. No. 28,612.
Petition for mandamus. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts, following Firnhaber v. City of Chicago, p. 611, ante. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.
Per Curiam.

Frank C. Hawley, appellee, v. City of Chicago et al., appellants. Gen. No. 28,613.
Petition for mandamus. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed with a finding of facts, following opinion in Firnhaber v. City of Chicago, p. 611, ante. Opinion filed November 27, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Francis X. Busch, Corporation Counsel, for appellants; Gilbert Giles Ogden, Assistant Corporation Counsel, and Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. A. D. Gash, for appellee.
Per Curiam.